1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

FILED

AUG 03 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>      Plaintiff,<br><br>  v.<br><br>ANGEL RENE PIEDRA-VASQUEZ,<br>aka Angel Vasquez,<br><br>      Defendant. | CASE NO. 1:12MJ223 BAM<br><br>ORDER TO UNSEAL<br>COMPLAINT |

This Criminal Complaint, Arrest Warrant and Application was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to ANGEL RENE PIEDRA-VASQUEZ, aka Angel Vasquez, and be made public record.

DATED: 8/3/10

_____
BARBARA A. MCAULIFFE
U.S. Magistrate Judge